**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00219-RM-KMT | Date: | May 6, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                *Counsel:*

SHARYLE A. SOLIS                                                Brandt Milstein

   Plaintiff,

v.

TOP BRASS, INC.                                                   L. Anthony George

   Defendant.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:45 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding pending motion to amend proposed scheduling order [16]. Mr. George states the amendment is to replace his name as defendant's counsel.

**ORDERED:   Defendant's Consent Motion to Amend Proposed Scheduling Order by Interlineation is GRANTED. The proposed scheduling order will reflect attorney L. Anthony George as appearing on behalf of Defendant.**

Counsel confirm initial disclosures have been exchanged.

Discussion regarding e-discovery.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, including experts.

Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Joinder of Parties/Amendment to Pleadings:   July 15, 2014
Discovery Cut-off:   November 14, 2014
Dispositive Motions Deadline:   December 19, 2014
Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   September 19, 2014
Disclosure of Rebuttal Experts:   October 20, 2014

Written Discovery shall be served 33 days prior to the discovery cutoff.

**ORDERED:   A Telephonic Final Pretrial Conference is set for February 10, 2015 at 9:45 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Trial Preparation Conference and trial dates will be set by District Judge Raymond P. Moore.

Court states its practice regarding discovery disputes.

**Scheduling Order entered.**

**10:00 a.m.       Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.