IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14-cv-00219-KMT

SHARYLE A. SOLIS,

    Plaintiff,

v.

TOP BRASS, INC.,

    Defendant.

## ORDER

This matter is before the court on the parties' "Joint Stipulated Motion to Dismiss with Prejudice" (Doc. No. 27, filed October 7, 2014).  \

The Court, being fully advised, hereby

**ORDERS** that the Motion to Dismiss is **GRANTED**.   The case is dismissed with prejudice, each party to bear her or its own costs and fees except as provided otherwise by the parties' settlement agreement approved on September 3, 2014.

Dated this 7th day of October, 2014.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge